# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| In re:<br>    Belinda M. Behnava<br><br>    Debtor | Chapter 7<br><br>Case No. 18-30731-EDK |
| David W. Ostrander, Trustee<br>Plaintiff<br>vs.<br>Quinnipiac University<br>Defendant | Adversary Proceeding No. 19-3011 |

## CHAPTER 7 TRUSTEE'S MOTION TO DEFER PAYMENT OF FILING FEE

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

Now comes David W. Ostrander, Trustee in the above captioned case ("Trustee"), and Plaintiff in the above captioned adversary proceeding, by his counsel, and requests that the Court enter an Order allowing the Trustee to defer payment of the filing fee for this adversary proceeding. In support thereof the Trustee represents as follows:

1. The Trustee has filed a complaint seeking to avoid and recover certain alleged fraudulent transfers for the benefit of the Bankruptcy Estate.

2. There are insufficient funds in the estate to pay the required filing fee of $350 for the adversary proceeding.

3. The filing of the adversary proceeding is in the best interests of the Bankruptcy Estate.

**WHEREFORE** the Trustee requests that the Court enter an Order allowing the Plaintiff to defer the payment of the filing fee for the above-captioned adversary proceeding until such time as sufficient funds are available in the Bankruptcy Estate to do so.

David W. Ostrander, Trustee, Plaintiff

Dated: March 14, 2019

By: /s/ David W. Ostrander
David W. Ostrander, Esq., BBO#554004
Ostrander Law Office
36 Service Center Road, P.O. Box 1237
Northampton, MA 01061-1237
T: (413) 585-9300  F: (413) 585-9490
E: david@ostranderlaw.com